Court Exhibit __4__
6/13/2012

<u>VERDICT FORM</u>

**THE JURY'S VERDICT MUST BE UNANIMOUS.**

I.   <u>Overtime and Spread of Hours Claims</u>

    1.   Did plaintiff establish by a preponderance of the
evidence that she is entitled to overtime
compensation from defendants under the Fair Labor
Standards Act and New York labor law?

             __✓__ Yes

             _____ No

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 1 3 2012

    [If you answered "Yes" to Question 1, proceed to
Question 1.a.; otherwise, proceed to Question 2.]

        a. In what amount did plaintiff establish she is
entitled to overtime compensation? $ <u>32.00,00</u>

        b. Did plaintiff establish by a preponderance of the
evidence that defendants willfully violated the
Fair Labor Standards Act and New York labor law
with respect to overtime pay?

             _____ Yes

             __✓__ No

    2.   Did plaintiff establish by a preponderance of the
evidence that the she is entitled to "spread of hours"
compensation from defendants under New York labor law?



             __✓__ Yes

             _____ No

    [If you answered "Yes" to Question 2, proceed to
Question 2.a.; otherwise, proceed to Question 3.]

        a. In what amount did plaintiff establish she is
entitled to "spread of hours" compensation?
$ <u>1620,00</u>

**b.** Did plaintiff establish by a preponderance of the evidence that defendants willfully violated the New York labor laws with respect to "spread of hours" pay?

_____ Yes

 No

## II.   <u>Contract/Quantum Meruit Claims</u>

**3.**   Did plaintiff establish by a preponderance of the evidence that defendants breached a contract with her covering the period from September 7, 2005 to approximately June 2006?

_____ Yes

 No

**[If you answered "Yes" to Question 3, proceed to Questions 3.a.; otherwise, proceed to Question 4.]**

**a.** In what amount did plaintiff establish she is entitled for her breach of contract claim?
$ _____

**4.**   Did plaintiff establish by a preponderance of the evidence that she is entitled to compensation from defendants under her quantum meruit claim?

**[If you answered "Yes" to Question 3, you must answer "No" to this question.]**

_____ Yes

 No

**[If you answered "Yes" to Question 4, proceed to Questions 4.a.; otherwise, proceed to Question 5.]**

2

a. In what amount did plaintiff establish she is entitled for her quantum meruit claim?

$ _____

## III.   Tort Claims

5.   Did plaintiff establish by a preponderance of the evidence that defendant Mazer committed **assault** against her?

_√_ Yes

_____ No

6.   Did plaintiff establish by a preponderance of the evidence that defendant Mazer committed **battery** against her?

_____ Yes

_√_ No

7.   Did plaintiff establish by a preponderance of the evidence that defendant Mazer committed **intentional infliction of emotional distress** against her?

_____ Yes

_√_ No

[If you answered "Yes" to Question(s) 5, 6 and/or 7, proceed to Question 8; otherwise, proceed to Question 10.]

8.  Did plaintiff establish by a preponderance of the
    evidence that she is entitled to **compensatory damages**
    for one or more of her tort claims?

    ____✓____ Yes


    _____ No and the amount of nominal
    damages awarded to plaintiff is $_____
    [must not exceed $1]

    **[If you answered "Yes" to Question 8, proceed to
    Question 8.a.; otherwise, proceed to Question 9.]**

    a. In what amount did plaintiff establish
       compensatory damages for one or more of her
       tort claims? $ 5,000.00

9.  Did plaintiff establish by a preponderance of the
    evidence that she is entitled to **punitive damages** for
    one or more of her tort claims?

    _____ Yes

    ____✓____ No

    **[If you answered "Yes" to Question 9, proceed to
    Question 9.a.; otherwise, proceed to Question 10.]**

    a. In what amount did plaintiff establish she is
       entitled to punitive damages for one or more of
       her tort claims? $ _____

10. Did defendant Mazer establish by a preponderance of
    the evidence that plaintiff committed **assault** against
    him?

    ____✓____ Yes


    _____ No

4

11.   Did defendant Mazer establish by a preponderance of the evidence that plaintiff committed **battery** against him?

_____ Yes

___✓___ No

[If you answered "Yes" to Question(s) 10 and/or 11, proceed to Question 12; otherwise, proceed to the date and signature lines.]

12.   Did defendant Mazer establish by a preponderance of the evidence that he is entitled to **compensatory damages** for one or both of his tort claims?

_____ Yes

___✓___ No and the amount of nominal damages awarded to plaintiff is $ _0____ [must not exceed $1]

[If you answered "Yes" to Question 12, proceed to Question 12.a.; otherwise, proceed to Question 13.]

a. In what amount did defendant Mazer establish compensatory damages for one or both of his tort claims? $ _____

13. Did defendant Mazer establish by a preponderance of the evidence that he is entitled to **punitive damages** for one or both of his tort claims?

_____ Yes

__✓__ No

**[If you answered "Yes" to Question 13, proceed to Question 13.a.; otherwise, proceed to the date and signature lines.]**

a. In what amount did defendant Mazer establish punitive damages for one or both of his tort claims? $ _____

June 13, 2012

Date

Karen Dubno

Signature of Foreperson

Karen Dubno

Print name